IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLIE SAVAGE, SCOTT SHANE, and THE NEW YORK TIMES COMPANY,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Case No. 1:22-cv-2477 (JEB) |

**PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, Plaintiffs Charlie Savage, Scott Shane, and The New York Times Company, by their undersigned attorneys, respectfully move the Court for summary judgment. There are no genuine issues of material fact as to Plaintiffs' claims, and judgment as a matter of law is appropriate. This motion is supported by the accompanying Memorandum of Points and Authorities in Support of Plaintiffs' Cross-Motion for Summary Judgment and in Opposition to Defendant's Motion for Summary Judgment and the Declaration of Al-Amyn Sumar. A proposed order is also attached.

Dated: November 21, 2023

Respectfully submitted,

/s/ *Al-Amyn Sumar*
Al-Amyn Sumar (#1614655)
David McCraw (#NY0200)
The New York Times Company
620 8th Avenue
New York, NY 10018
Telephone: (212) 556-4031
Facsimile: (212) 556-4634
al-amyn.sumar@nytimes.com
mccraw@nytimes.com

*Counsel for Plaintiffs Charlie Savage and The New York Times Company*

David A. Schulz (#459197)
Media Freedom & Information Access Clinic
Abrams Institute
Yale Law School
1675 Broadway, 19th Floor
New York, NY 10019
Tel: (212) 850-6103
schulzd@ballardspahr.com

*Counsel for Plaintiff Scott Shane*