IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLIE SAVAGE, SCOTT SHANE, and THE NEW YORK TIMES COMPANY,<br><br>　　Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>　　Defendant. | Case No. 22-2477 (JEB) |

## DECLARATION OF AL-AMYN SUMAR

I, Al-Amyn Sumar, hereby declare under penalty of perjury as follows:

1.　　I am Senior Counsel at The New York Times Company, where among other things I handle Freedom of Information Act litigation for journalists of *The New York Times*. I submit this declaration in order to place into the record material in support of Plaintiffs' cross-motion for summary judgment.

2.　　Attached as Exhibit A is a true and correct copy of the declassified portions of the report of Senate Select Committee on Intelligence on the Central Intelligence Agency's Detention and Interrogation Program, published on December 9, 2014. The report is also available here: https://bit.ly/3QRjeXV.

3.　　Attached as Exhibit B is a true and correct copy of a story by *The New York Times* titled "U.S. Engaged in Torture After 9/11, Review Concludes," authored by Scott Shane and published on April 16, 2013. The story is also available here: https://nyti.ms/3QP89GW.

4. Attached as Exhibit C is a true and correct copy of a story by *The New York Times* titled "CIA Destroyed Tapes of Interrogations," authored by Mark Mazzetti and published on December 6, 2007. The story is also available here: https://nyti.ms/40I1FhC.

5. Attached as Exhibit D is a true and correct copy of a story by *The New York Times* titled "CIA Destroyed Tapes of Interrogations," authored by Mark Mazzetti and published on March 6, 2009. The story is also available here: https://nyti.ms/47FhtUA.

6. Attached as Exhibit E is a true and correct copy of a story by *Los Angeles Times* titled "Bipartisan outrage over CIA videos," authored by Faye Fiore and Chuck Neubauer and published on December 10, 2007. The story is also available here: https://bit.ly/3SHvAED.

7. Attached as Exhibit F is a true and correct copy of a story by the *Wall Street Journal* titled "Mukasey Appoints Durham To Lead Probe Over CIA Tapes," authored by Peter Lattman and published on January 2, 2008. The story is also available here: https://on.wsj.com/3R5pDAj.

8. Attached as Exhibit G is a true and correct copy of a story by *The Guardian* titled "US Attorney General Poised for Criminal Investigation into Reported CIA Abuses," authored by Ewen MacAskill and published on August 24, 2009. The story is also available here: https://bit.ly/40JGR9p.

9. Attached as Exhibit H is a true and correct copy of a press release issued by the Department of Justice Office of Public Affairs, titled "Statement of the Attorney General Regarding Investigation into the Interrogation of Certain Detainees," and published on June 30, 2011. The press release is also available here: https://bit.ly/3ugeiEx.

10. Attached as Exhibit I is a true and correct copy of a press release issued by the Department of Justice Office of Public Affairs, titled "Statement of Attorney General Eric

Holder on Closure of Investigation into the Interrogation of Certain Detainees," and published on August 30, 2012. The press release is also available here: https://bit.ly/3MJzZDi.

11. Attached as Exhibit J is a true and correct copy of a story by *The New York Times* titled "CIA Uncensors Memoir of FBI Agent Who Protested Torture of Terrorists," authored by Charlie Savage and Carol Rosenberg and published on August 29, 2020. The story is also available here: https://nyti.ms/40Mtmpv.

12. Attached as Exhibit K is a true and correct copy of a story by *The New York Times* titled "Compare Pages From an Uncensored Book on Investigating Terrorism," published on August 29, 2020. The story is also available here: https://nyti.ms/3ummWkW.

13. Attached as Exhibit L is a true and correct copy of a story by *The New York Times* titled "Guantánamo Testimony Exposes Role of Doctors in C.I.A. Interrogations," authored by Carol Rosenberg and published on January 27, 2020. The story is also available here: https://nyti.ms/3QM3Lsg.

14. Attached as Exhibit M is a true and correct copy of a transcript of a military commission proceeding on January 23, 2020, in *United States v. Khalid Sheikh Mohammed*. The transcript is also available here: https://bit.ly/3ugwo9l.

15. Attached as Exhibit N is a true and correct copy of a story by *The New York Times* titled "Chains, Shackles and Threats: Testimony on Torture Takes a Dramatic Turn," authored by Carol Rosenberg and published on January 28, 2020. The story is also available here: https://nyti.ms/3MTY4Hz.

16. Attached as Exhibit O is a true and correct copy of a transcript of a military commission proceeding on January 28, 2020, in *United States v. Khalid Sheikh Mohammed*. The transcript is also available here: https://bit.ly/3QQu28O.

17. Attached as Exhibit P is a true and correct copy of a story by *The New York Times* titled "CIA Captive Was Too Small for Waterboard, Interrogator Testifies," authored by Carol Rosenberg and published on May 3, 2022. The story is also available here: https://nyti.ms/3sEA2cT.

18. Attached as Exhibit Q is a true and correct copy of a transcript of a military commission proceeding on May 2, 2022, in *United States v. Khalid Sheikh Mohammed*. The transcript is also available here: https://bit.ly/3up8gl8.

19. Attached as Exhibit R is a true and correct copy of an article by the Department of Justice Office of Information Policy titled "OIP Summary of the FOIA Improvement Act of 2016" and updated on August 17, 2016. The article is also available here: https://bit.ly/3QDjtG0.

20. Attached as Exhibit S is a true and correct copy of House Report 114-391 (to accompany H.R. 653), published on January 7, 2016. The report is also available here: https://bit.ly/3SXdYEO.

21. Attached as Exhibit T is a true and correct copy of Senate Report 114-4 (to accompany S. 337), published on February 23, 2015. The report is also available here: https://bit.ly/46vsNSw.

22. Attached as Exhibit U is a true and correct copy of a memorandum by the Office of the Attorney General titled, "Memorandum for Heads of Departments And Agencies: Subject: The Freedom of Information Act," and issued on October 4, 1993. The memorandum is also available here: https://bit.ly/40MbyuI.

23. Attached as Exhibit V is a true and correct copy of an article by the Reporters Committee for Freedom of the Press titled "FBI document shows agents knew Bryan Carmody

was a journalist during questioning," authored by Linda Moon and Gabe Rottman and published on December 17, 2019. The article is also available here: https://bit.ly/46ha9xr.

24. Attached as Exhibit W is a true and correct copy of a story by BuzzFeed News titled "The FBI Has Released A Final Batch Of Memos From The Mueller Probe," authored by Jason Leopold and published on December 1, 2020. The story is also available here: https://bit.ly/49OMJTh.

25. Attached as Exhibit X is a true and correct copy of a story by BuzzFeed News titled "Mueller Memos: The FBI Just Released Its Secret Interviews with Michael Flynn After BuzzFeed News Waged A Legal Fight," authored by Jason Leopold and published on January 15, 2021. The story is also available here: https://bit.ly/49va6kx.

26. Attached as Exhibit Y is a true and correct copy of a story by *The New York Times* titled "Embracing Conspiracy Theory, Trump Escalates Attack on Bruce Ohr," authored by Michael D. Shear, Katie Benner and Nicholas Fandos, and published on August 17, 2018. The story is also available here: https://nyti.ms/49Jq0aS.

27. Attached as Exhibit Z is a true and correct copy of press release by Judicial Watch titled "Judicial Watch: FBI 302 Interviews with Bruce Ohr on Spygate Released To Judicial Watch," published on August 8, 2019. The press release is also available here: https://bit.ly/46cPx9G.

28. Attached as Exhibit AA is a true and correct copy of a story by Politico titled "FBI releases Bruce Ohr interview reports," authored by Josh Gerstein, and published on August 8, 2019. The story is also available here: https://politi.co/47HGOxf.

29. Attached as Exhibit BB is a true and correct copy of a report titled "Report On The Investigation Into Russian Interference In The 2016 Presidential Election: Volume I of II,"

authored by Special Counsel Robert S. Mueller, III, and published in March 2019. The report is also available here: https://bit.ly/49V1VhE.

30. Attached as Exhibit CC is a true and correct copy of a report titled "Report On The Investigation Into Russian Interference In The 2016 Presidential Election: Volume II of II," authored by Special Counsel Robert S. Mueller, III, and published in March 2019. The report is also available here: https://bit.ly/3upgWYI.

31. Attached as Exhibit DD is a true and correct copy of a report titled "Report on Matters Related to Intelligence Activities and Investigations Arising Out of the 2016 Presidential Campaigns," authored by Special Counsel John H. Durham, and published on May 12, 2023. The report is also available here: https://bit.ly/3uqR5zB.

32. Attached as Exhibit EE is a true and correct copy of a story by *The New York Times* titled "Special Counsel Interviewed Biden About Classified Documents," authored by Charlie Savage, and published on October 9, 2023. The story is also available here: https://nyti.ms/46p7stV.

33. Attached as Exhibit FF is a true and correct copy of a story by *The New York Times* titled "Garland Appoints Weiss as Special Counsel in Hunter Biden Inquiry," authored by Glenn Thrush, Luke Broadwater, and Michael S. Schmidt, and published on August 11, 2023. The story is also available here: https://nyti.ms/3QLk08Y.

34. Attached as Exhibit GG is a true and correct copy of a press release issued by the Department of Justice Office of Public Affairs, titled "Attorney General Merrick B. Garland Delivers a Statement," and published on August 11, 2023. The press release is also available here: https://bit.ly/3QIOKHP.

35. Attached as Exhibit HH is a true and correct copy of guidance by the Department of Justice Office of Information Policy titled "FOIA Update: OIP Guidance: Applying the "Foreseeable Harm" Standard Under Exemption Five" and published on January 1, 1994. The guidance is also available here: https://bit.ly/3QWBMHK.

36. Attached as Exhibit II is a true and correct copy of a memorandum by Donald A. Davis, U.S. Attorney for the Western District of Michigan, titled, "Memorandum on Criminal Discovery" and issued in October 2010. The memorandum is also available here: https://bit.ly/40Gg4e4.

37. Attached as Exhibit JJ is a true and correct copy of a document titled "Guidelines Regarding Appropriate Use of 302 Forms in Criminal Trials," authored by then-Judge Katherine Forrest and published on June 11, 2018. The document is also available here: http://bit.ly/49NaZFk.

38. Attached as Exhibit KK is a true and correct copy of a story by *The New York Times* titled "No Charges Filed on Harsh Tactics Used by the CIA," authored by Scott Shane, and published on August 30, 2012. The story is also available here: https://nyti.ms/3QQGV2y.

39. Attached as Exhibit LL is a true and correct copy of a report by the Congressional Research Service titled "Procedures for Declassifying Intelligence of Public Interest," authored by Michael E. DeVine, and updated on August 10, 2023. The report is also available here: https://bit.ly/3T2NRwD.

40. Attached as Exhibit MM is a true and correct copy of a report by the CIA Inspector General titled "Special Review: Counterterrorism Detention and Interrogation and Interrogation Activities (September 2001 – October 2003)," and published on May 7, 2004. The report is also available here: https://bit.ly/3Gcvqxy.

41. Attached as Exhibit NN is a true and correct copy of portions of a report by the CIA Inspector General regarding allegations of torture made by Ammar al-Baluchi, published in 2008. These portions of the report can be obtained from PACER: *Al-Baluchi v. Gates*, No. 08-cv-02083-PLF (D.D.C. Mar. 10, 2022), ECF No. 225-3.

42. Attached as Exhibit OO is a true and correct copy of a story by NPR titled "CIA Report Details Interrogation Techniques," authored by Dina Temple-Raston and published on August 25, 2009. The story is also available here: https://n.pr/3SMz6hb.

Date: November 21, 2023

*/s/ Al-Amyn Sumar*
Al-Amyn Sumar
Legal Department
The New York Times Company
1627 I Street NW, Suite 700
Washington, DC 20006
Phone: (202) 862-7705
Fax: (212) 556-4634
E-mail: al-amyn.sumar@nytimes.com

*Counsel for Plaintiffs Charlie Savage and The New York Times Company*