**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

CHARLIE SAVAGE, SCOTT SHANE, and THE
NEW YORK TIMES COMPANY,

      Plaintiffs,

v.

UNITED STATES DEPARTMENT OF JUSTICE,

      Defendant.

Case No. 1:22-cv-2477 (JEB)

<u>**NOTICE OF SUPPLEMENTAL AUTHORITY**</u>

**To the Court, all parties, and their attorneys of record:**

      Please take notice that Plaintiffs Charlie Savage and The New York Times Company (together, "The Times") and Plaintiff Scott Shane, by and through their undersigned counsel, submit the following supplemental authority in support of Plaintiffs' Cross Motion for Summary Judgment, ECF 30. Attached as **Exhibit A** is a true and correct copy of a February 8, 2024 letter from Associate Deputy Attorney General Bradley Weinsheimer, writing as the senior career official at the Department of Justice ("DOJ"), to White House counsel Edward N. Siskel and President Biden's personal counsel Bob Bauer. The letter is in reference to Special Counsel Robert K. Hur's report on President Biden's treatment of classified documents, which was released publicly on February 8. It sets out DOJ's policy that the reports of special counsel will (and are expected to) be released publicly, especially in investigations of significant public interest. Though the letter only articulates current DOJ policy, the codification of this practice reflects the absence of foreseeable harm from disclosure.

Dated: February 23, 2024

Respectfully submitted,

/s/ *Al-Amyn Sumar*
Al-Amyn Sumar (#1614655)
David McCraw (#NY0200)
The New York Times Company
620 8th Avenue
New York, NY 10018
Telephone: (212) 556-4031
al-amyn.sumar@nytimes.com
mccraw@nytimes.com

*Counsel for Plaintiffs Charlie Savage and*
*The New York Times Company*


David A. Schulz (#459197)
Media Freedom & Information Access Clinic
Abrams Institute
Yale Law School
1675 Broadway, 19th Floor
New York, NY 10019
Tel: (212) 850-6103
schulzd@ballardspahr.com

*Counsel for Plaintiff Scott Shane*