IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLIE SAVAGE, SCOTT SHANE, and THE NEW YORK TIMES COMPANY,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Case No. 1:22-cv-2477 (JEB) |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Plaintiffs Charlie Savage and The New York Times Company.

Dated: April 2, 2024

*/s/ Maya Gandhi*
Maya Gandhi (#NY0584)
Legal Department
The New York Times Company
620 8th Avenue
New York, NY 10018
Phone: (212) 556-1244
Email: maya.gandhi@nytimes.com

*Counsel for Plaintiffs Charlie Savage and The New York Times Company*