UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLIE SAVAGE, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Civil Action No. 22-2477 (JEB) |

# NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Brian P. Hudak as counsel for Defendant the Department of Justice in this action.

Dated: April 16, 2024
       Washington, DC

Respectfully submitted,

     */s/ Brian P. Hudak*
BRIAN P. HUDAK
Chief, Civil Division
U.S. Attorney's Office
601 D Street, NW
Washington, DC 20530
(202) 252-2549

*Attorney for the United States of America*