UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLIE SAVAGE, et al., | |
| Plaintiff, | |
| v. | Civil Action No. 22-2477 (JEB) |
| DEPARTMENT OF JUSTICE, | |
| Defendant. | |

## SECOND CONSENT MOTION FOR EXTENSION OF TIME TO SUBMIT RECORDS TO THE COURT FOR *IN CAMERA* REVIEW

Defendant, by and through undersigned counsel, respectfully moves to extend the deadline to submit records to the Court for *in camera* review from April 22, 2024 to May 13, 2024. Pursuant to Local Civil Rule 7(m), counsel for the parties conferred and Plaintiffs consent to this extension.

This case concerns two FOIA requests relating to Department investigations into whether federal laws were violated in connection with certain overseas interrogations by the Central Intelligence Agency ("CIA"). This matter is fully briefed with cross-motions for summary judgment filed with the Court. On March 28, 2024, the Court ordered "that the Government shall provide by April 1, 2024, the withheld documents to the Court for in camera review. Any portions that have been previously released to Plaintiffs shall be indicated." *See* March 28, 2024 Minute Order. On March 29, 2024, the Court granted Defendant's first request to extend this deadline to April 22, 2024. *See* March 29, 2024 Minute Order.

"When an act may or must be done within a specified time, the court may, for good cause, extend the time . . . if a request is made[] before the original time or its extension expires[.]" Fed.

R. Civ. P. 6(b)(1)(A).  "A schedule may only be modified for good cause and with the judge's consent."  Fed. R. Civ. P. 16(b)(4).  "District courts enjoy broad discretion when deciding case management and scheduling matters."  *McGehee v. U.S. Dep't of Just.*, 362 F. Supp. 3d 14, 18 (D.D.C. 2019).

Here, there exists good cause for the Court to grant the requested relief.  As explained previously, the records at issue are highly sensitive with access being extremely limited. Specifically, portions of the records are classified at the Top Secret level and additionally are designated as Sensitive Compartmented Information (or "SCI"), which further restricts access to individuals who have been granted access to specific categories or compartments of especially sensitive Top Secret information.  The process to access, review, and reproduce records for the Court's *in camera* review is taking longer than originally anticipated.  Undersigned counsel and the Civil Chief for the U.S. Attorney's Office for the District of Columbia, who recently appeared in this case, are working diligently to coordinate with the Office of Information Policy and the Central Intelligence Agency to ensure that all withheld records will be provided to the Court. Additionally, as part of that process counsel are confirming that all representations in the existing record about those records are complete and clear.  This is Defendant's second request for an extension of time.  The requested extension will not affect any other deadlines in this case.  Plaintiff consents to the relief requested herein.

For the foregoing reasons, Defendant respectfully requests that the Court extend the deadline to May 13, 2024,  to comply with the Court's Order.  A proposed order is being filed with this motion.

Dated: April 16, 2024

Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:  _/s/ Alex Schreiber_
ALEXANDER SCHREIBER
D.C. Bar #1724820
Special Assistant U.S. Attorney
601 D Street, NW
Washington, D.C. 20530
(202) 252-6754
Alexander.Schreiber@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLIE SAVAGE, et al., | |
| Plaintiffs, | |
| v. | Civil Action No. 22-2477 (JEB) |
| DEPARTMENT OF JUSTICE, | |
| Defendant. | |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's second consent motion for an extension of time, and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendant's motion is GRANTED, and it is further

ORDERED that Defendant shall have through and including Monday, May 13, 2024, to provide the withheld documents to the Court for in camera review as directed by the Court's March 28, 2024, Minute Order.

_____
JAMES E. BOASEBERG
United States Chief District Judge

- 1 -