# EXHIBIT A

**DEPARTMENT OF DEFENSE**
**MILITARY COMMISSIONS DEFENSE ORGANIZATION**
**1620 DEFENSE PENTAGON**
**WASHINGTON, DC 20301-1620**

12 May 2024

To whom it may concern:

Since 2011, I have served as lead counsel for Ammar al Baluchi, also known as Ali Abdul-Aziz Ali, in the United States Military Commissions case of *United States v. Khalid Shaikh Mohammad et al.* I have been asked to describe in an unclassified way the discovery that the United States has produced to us which it has identified as part of the Durham investigation into the CIA Rendition Detention and Interrogation (RDI) Program. I write solely in my capacity as lead counsel for Mr. al Baluchi, and nothing I say is the official position of the United States or Department of Defense.

According to our records, the United States has produced 3,349 pages of discovery related to the Durham investigation, almost all on 26 July 2017, in *Mohammad et al.* The United States has specifically identified the discovery relating to the John Durham investigation using the trigram JDM. For example, the Bates stamp MEA-JDM-00000001 means that a particular document is page 1 of the discovery relating to the Durham investigation in the case *Mohammad et al.* The highest page number the United States has produced in this series is MEA-JDM-00003335 because a small number of documents share identical Bates numbers.

The United States has produced fourteen pages of material relating to the Durham investigation in an UNCLASSIFIED/FOR OFFICIAL USE ONLY format. MEA-JDM-00000001 is a typed substitution, marked U//FOUO, for a 16 June 2008 FD-302 memorializing an interview of Special Agent Michael Butsch. MEA-JDM-00000074 though -79 is a typed substitution, marked U//FOUO, for an undated document memorializing an interview of a CIA officer assigned the Unique Functional Identifier (UFI) QY7. MEA-JDM-00000297 through -300 is a typed substitution, marked U//FOUO, for an undated document memorializing an interview of a CIA officer assigned the UFI Z2C. And MEA-JDM-338 through -400 is a typed substitution, marked U//FOUO, for an undated document memorializing an interview of an unidentified person with knowledge of the RDI Program.

In addition, the government has produced 3,335 pages of documents at the SECRET//NOFORN level. These documents include 147 documents memorializing interviews or other questioning of people with knowledge of the RDI Program. Some of the interviewees are identified by name, some by UFI, and some not at all. Many of the names of the interviewees are marked U//FOUO even if the document itself is marked S//NF.

I hope this information is of value to you.

                                                  Best regards,

                                                  James G. Connell, III