UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLIE SAVAGE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF JUSTICE, <br><br> Defendant. | Civil Action No. 22-2477 (JEB) |

## JOINT STATUS REPORT

Pursuant to the Court's December 23, 2024, Minute Order, the parties in this action jointly and respectfully submit this status report.

## Background

To recap, remaining in this case is Plaintiffs' Freedom of Information Act ("FOIA") request for Form FD-302 interview reports ("FD-302s") generated during two investigations undertaken by Special Counsel John H. Durham into the destruction by the Central Intelligence Agency ("CIA") personnel of videotapes of detainee interrogations and his preliminary review of whether federal laws were violated in connection with the interrogation of specific detainees at overseas locations. After initially moving for summary judgment on the grounds that the FD-302s were categorically exempt from disclosure under FOIA Exemption 5 and the work-product doctrine, the Department withdrew its motion after being informed that certain FD-302s had been disclosed during classified discovery in military commission proceedings involving detainees at Guantanamo Bay. In withdrawing its categorical assertion of Exemption 5 to protect the FD-302s, while reserving all other bases for withholding (including record-specific applications of

Exemption 5), the Department committed to filing status reports to keep the Court and parties apprised as to its processing of those reports.

### Government Update

As discussed in the parties' prior reports, the records at issue currently fall into three buckets: (1) FD-302s previously identified by the Department as responsive to Plaintiffs' requests (the "Identified 302s") that have been cleared of special access program ("SAP") issues (the "SAP-Cleared Identified 302s"); (2) Identified 302s that have yet to be SAP-cleared (the "Additional Identified 302s"); and (3) FD-302s identified by the Federal Bureau of Investigation ("FBI") through supplemental searches (the "Additional 302s").

**I.        SAP-Cleared Identified 302s.**

As reported in the Government's prior status reports, the transfer of the SAP-cleared Identified 302s to FBI's FOIA staff occurred in late-November. FBI's FOIA staff diligently commenced and completed their initial processing of the SAP-cleared Identified 302s, which comprise 521 pages. As a result of that initial processing, FBI's FOIA staff determined that it needed to refer the records to the Central Intelligence Agency ("CIA") for consultation, including for Exemption 1 and 3 purposes. The FBI submitted to the CIA a request for consultation in December 2024.

Since the Government's last status report, the CIA's FOIA staff has conducted an initial survey of the SAP-cleared Identified 302s and has commenced its review of those records. The CIA intends to provide its response to FBI's request for consultation on a rolling, monthly basis with the goal to complete this effort by May 1, 2025. This will permit the FBI, in turn, to process these records and make productions of any non-exempt information to Plaintiffs on a rolling, monthly basis as it receives the CIA's rolling responses.

II.     **Additional Identified 302s.**

As to the Identified 302s that have yet to be SAP-cleared, the Government is actively reviewing those records with an eye to redacting and clearing those materials of SAP-protected information.  Due to the highly classified nature of the materials, and the concomitant need to exercise extreme care in this process, the review of these additional Identified 302s remains underway.  Those conducting the review have confirmed to the undersigned that the Government currently remains on pace to complete this effort in or about the period indicated in its last status reports—i.e., roughly by late-February 2025.

III.    **The Additional 302s.**

As reported in the Government's prior status reports, the FBI completed its supplemental search for responsive FD-302s and identified a collection of additional, potentially responsive records.  Due to the manner these high classified Additional 302s were stored, copying and transferring them to relevant officials to undertake an initial SAP review presented significant logistical challenges and remains a tedious process.  Despite these challenges, by December 2024 the FBI had delivered two tranches of these Additional 302s to Government officials for an SAP review of them as reported in the Government's last status report.

Since that last report, the FBI has completed its efforts on this front, and now, all Additional 302s have been transferred to relevant Government officials for an SAP review.  Those conducting the review (which are the same officials completing the review of Identified 302s discussed above, *supra* § II) have surveyed the initial batches of Additional 302s.  Based on that initial survey, the Government believes that certain records will likely be easier to clear of SAP-protected information and others will require a more detailed review (similar to prior SAP processing of the Identified 302s).  Accordingly, the Government is preparing to proceed through

these records on a rolling basis. The Government hopes in its next status report to provide an estimated timeline for this effort to conclude.

## Parties' Proposals

The parties propose to file another joint status report within roughly forty-five days—i.e., on or before March 14, 2025—to further update the Court and Plaintiffs of Defendant's processing efforts.

Respectfully submitted,

| | |
|---|---|
| MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney<br><br>By:  */s/ Brian P. Hudak*<br>  BRIAN P. HUDAK<br>  Chief, Civil Division<br>  601 D Street, NW<br>  Washington, DC 20530<br>  (202) 252-2549<br><br>*Attorneys for the United States of America* | THE NEW YORK TIMES COMPANY<br><br>By:  */s/ Al-Amyn Sumar*<br>  AL-AMYN SUMAR<br>  DAVID MCCRAW<br>  620 8th Avenue<br>  New York, NY 10018<br>  (212) 556-4031<br><br>*Counsel for Plaintiffs Charlie Savage and The New York Times Company*<br><br>DAVID A. SCHULZ<br>Media Freedom & Information Access Clinic<br>Abrams Institute<br>Yale Law School<br>1675 Broadway, 19th Floor<br>New York, NY 10019<br>(212) 850-6103<br><br>*Counsel for Plaintiff Scott Shane* |

Dated: January 31, 2025