UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLIE SAVAGE, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Civil Action No. 22-2477 (JEB) |

**JOINT STATUS REPORT**

    Pursuant to the Court's May 5, 2025, Minute Order, the parties in this action jointly and respectfully submit this status report. Due to matters and deadlines in other pending matters and scheduled leave, while undersigned government counsel provided a brief update to Plaintiffs today, he needs additional time to provide a complete substantive update to Plaintiffs and the Court. Accordingly, the parties propose to file another joint status report in the immediate future—on or before July 11, 2025—to further update the Court and Plaintiffs of Defendant's processing efforts.

\* \* \*

- 2 -

Respectfully submitted,

| | |
|---|---|
| JEANINE FERRIS PIRRO<br>United States Attorney | THE NEW YORK TIMES COMPANY |
| By: _____/s/ Brian P. Hudak_____<br>BRIAN P. HUDAK, D.C. Bar #90034769<br>Chief, Civil Division<br>601 D Street, NW<br>Washington, DC 20530<br>(202) 252-2500 (main)<br><br>*Attorneys for the United States of America* | By: _____/s/ David McCraw_____<br>AL-AMYN SUMAR<br>DAVID MCCRAW<br>620 8th Avenue<br>New York, NY 10018<br>(212) 556-4031<br><br>*Counsel for Plaintiffs Charlie Savage and The New York Times Company*<br><br>DAVID A. SCHULZ<br>Media Freedom & Information Access Clinic<br>Abrams Institute<br>Yale Law School<br>1675 Broadway, 19th Floor<br>New York, NY 10019<br>(212) 850-6103<br><br>*Counsel for Plaintiff Scott Shane* |

Dated: June 30, 2025