UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLIE SAVAGE, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Civil Action No. 22-2477 (JEB) |

## JOINT STATUS REPORT

Pursuant to the Court's July 1, 2025, Minute Order, the parties in this action jointly and respectfully submit this status report.

## Background

To recap, remaining in this case is Plaintiffs' Freedom of Information Act ("FOIA") request for Form FD-302 interview reports ("FD-302s") generated during two investigations undertaken by Special Counsel John H. Durham into the destruction by the Central Intelligence Agency ("CIA") personnel of videotapes of detainee interrogations and his preliminary review of whether federal laws were violated in connection with the interrogation of specific detainees at overseas locations.  After initially moving for summary judgment on the grounds that the FD-302s were categorically exempt from disclosure under FOIA Exemption 5 and the work-product doctrine, the Department withdrew its motion after being informed that certain FD-302s had been disclosed during classified discovery in military commission proceedings involving detainees at Guantanamo Bay.  In withdrawing its categorical assertion of Exemption 5 to protect the FD-302s, while reserving all other bases for withholding (including record-specific applications of

Exemption 5), the Department committed to filing status reports to keep the Court and parties apprised as to its processing of those reports.

### Government Update

As discussed in the parties' prior reports, the records at issue currently fall into three buckets: (1) FD-302s previously identified by the Department as responsive to Plaintiffs' requests (the "Identified 302s") that were cleared of special access program ("SAP") issues after an initial review (the "Initial SAP-Cleared Identified 302s"); (2) Identified 302s that are now SAP-cleared but required additional review in that clearance process (the "Additional Identified 302s"); and (3) FD-302s identified by the Federal Bureau of Investigation ("FBI") through supplemental searches (the "Additional 302s").

**I.      Initial SAP-Cleared Identified 302s.**

As reported in the Government's prior status reports, the FBI's FOIA staff received the Initial SAP-cleared Identified 302s in late-November 2024. FBI's FOIA staff diligently commenced and completed their initial processing of those records, which comprise 521 pages. As a result of that initial processing, FBI's FOIA staff determined that it needed to refer the records to the Central Intelligence Agency ("CIA") for consultation, including for Exemption 1 and 3 purposes. The FBI submitted to the CIA a request for consultation, and the CIA's FOIA staff commenced its review of those records shortly thereafter.

To date, the CIA has provided to the FBI consultations on forty pages of the Initial SAP-cleared Identified 302s. The FBI is presently reviewing the CIA's response and those forty pages of records and intends to make an interim release to Plaintiff in the near future.

As to the balance of this tranche, the CIA previously estimated that its work on this effort would conclude by August 1, 2025, but due to unexpected staffing shortages and the time necessary to ensure that all potentially non-exempt information can be released to Plaintiffs, the

CIA requires additional time to complete its review. Accordingly, the CIA now estimates that it will provide consultations on at least an additional 140 pages by August 1, 2025, and on the remainder of the pages in this tranche by November 1, 2025.

II.     **Additional Identified 302s.**

As reported in the Government's prior status reports, in addition to Identified 302s that were more readily cleared of SAP information (i.e., the records described in Section I), the Government flagged certain Identified 302s as requiring further review to obtain SAP clearance. The Government has now completed that further review, and the records have been provided to the FBI's FOIA processing team. The FBI intends to refer this collection to the CIA for consultations and will have further information to provide regarding the processing of these records in the parties' next status report.

III.    **The Additional 302s.**

As reported in the Government's prior status reports, the FBI completed its supplemental search for responsive FD-302s and identified a collection of additional, potentially responsive records. Due to the manner these high classified Additional 302s were stored, copying and transferring them to relevant officials to undertake an initial SAP review presented significant logistical challenges and remains a tedious process. Despite these challenges, and as described in prior status reports, the FBI completed its efforts on this front, and all Additional 302s were thereafter transferred to relevant Government officials for an SAP review.

The Government has now completed its SAP review of the Additional 302, and the records have been provided to the FBI's FOIA processing team. The FBI intends to refer this collection to the CIA for consultations and will have further information to provide regarding the processing of these records in the parties' next status report.

## Parties' Proposals

The parties propose to file another joint status report on or before August 29, 2025, to further update the Court and Plaintiffs of Defendant's processing efforts.

Respectfully submitted,

| | |
|---|---|
| JEANINE FERRIS PIRRO<br>United States Attorney<br><br>By:  /s/ Brian P. Hudak<br>   BRIAN P. HUDAK, D.C. Bar #90034769<br>   Chief, Civil Division<br>   601 D Street, NW<br>   Washington, DC 20530<br>   (202) 252-2549<br><br>*Attorneys for the United States of America* | THE NEW YORK TIMES COMPANY<br><br>By:  /s/ David McCraw<br>   AL-AMYN SUMAR<br>   DAVID MCCRAW<br>   620 8th Avenue<br>   New York, NY 10018<br>   (212) 556-4031<br><br>*Counsel for Plaintiffs Charlie Savage and*<br>*The New York Times Company*<br><br>DAVID A. SCHULZ<br>Media Freedom & Information Access Clinic<br>Abrams Institute<br>Yale Law School<br>1675 Broadway, 19th Floor<br>New York, NY 10019<br>(212) 850-6103<br><br>*Counsel for Plaintiff Scott Shane* |

Dated: July 11, 2025