UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLIE SAVAGE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF JUSTICE, <br><br> Defendant. | Civil Action No. 22-2477 (JEB) |

## JOINT STATUS REPORT

Pursuant to the Court's July 14, 2025, Minute Order, the parties in this action jointly and respectfully submit this status report.

## Background

To recap, remaining in this case is Plaintiffs' Freedom of Information Act ("FOIA") request for Form FD-302 interview reports ("FD-302s") generated during two investigations undertaken by Special Counsel John H. Durham into the destruction by the Central Intelligence Agency ("CIA") personnel of videotapes of detainee interrogations and his preliminary review of whether federal laws were violated in connection with the interrogation of specific detainees at overseas locations. After initially moving for summary judgment on the grounds that the FD-302s were categorically exempt from disclosure under FOIA Exemption 5 and the work-product doctrine, the Department withdrew its motion after being informed that certain FD-302s had been disclosed during classified discovery in military commission proceedings involving detainees at Guantanamo Bay. In withdrawing its categorical assertion of Exemption 5 to protect the FD-302s, while reserving all other bases for withholding (including record-specific applications of

Exemption 5), the Department committed to filing status reports to keep the Court and parties apprised as to its processing of those reports.

## Government Update

As discussed in the parties' prior reports, the records at issue currently fall into three buckets: (1) FD-302s previously identified by the Department as responsive to Plaintiffs' requests that were cleared of special access program ("SAP") issues after an initial review (the "Identified 302s" or "First Set 302s"); (2) additional FD-302s that the government previously identified but required additional SAP reviews to clear them (the "Additional Identified 302s"); and (3) FD-302s identified by the Federal Bureau of Investigation ("FBI") through supplemental searches (the "Additional 302s" and, collectively with the Additional Identified 302s, the "Second Set 302s").

**I.      First Set 302s.**

As reported in the Government's prior status reports, the FBI's FOIA staff received the First Set 302s in late-November 2024 after the government had cleansed those records of SAP issues. The FBI's FOIA staff diligently commenced and completed their initial processing of those records, which comprise 521 pages. As a result of that initial processing, FBI's FOIA staff determined that it needed to refer the records to the Central Intelligence Agency ("CIA") for consultation, including for Exemption 1 and 3 purposes. The FBI submitted to the CIA a request for consultation, and the CIA's FOIA staff commenced its review of those records shortly thereafter.

Prior to the last status report, the CIA had provided the FBI consultations on 40 pages of the First Set 302s. Since the last status report, the CIA provided the FBI on or about August 1, 2025, consultations on an additional 147 pages. The FBI is actively reviewing the CIA's responses on those 187 total pages and intends to make an interim release to Plaintiffs in the near future. At

present, the FBI has limited staffing available to process and review classified records, including to comply with court-ordered deadlines. That said, the FBI understands this matter has been pending for some time and is working diligently to conduct its final review of these 187 pages and make interims releases to Plaintiffs as soon as it can.

As to the balance of the First Set 302s, the CIA remains on pace to complete its review and provide the FBI consultations on the rest of those pages by November 1, 2025, the date it anticipated in the parties' last status report.

## II.     Second Set 302s.

As reported in the Government's prior status reports, in addition to Identified 302s that were more readily cleared of SAP information (i.e., the First Set 302s), the government flagged certain other, previously identified FD-302s as requiring further review to obtain SAP clearance. The government completed that further review, and the Additional Identified 302s were provided to the FBI's FOIA processing team.

Also, as reported in the government's prior status reports, the FBI completed its supplemental search for responsive FD-302s and identified a collection of additional, potentially responsive records. As with the other FD-302s at issue in this matter, the government undertook to collect, copy, and clear these Additional 302s of SAP issues. The government completed that further review, and the Additional 302s were provided to the FBI's FOIA processing team.

The total collection of the Additional Identified 302s and the Additional 302s (i.e., the Second Set 302s) consist of approximately 1,750 pages. The FBI's FOIA processing team continues its initial processing and review of these records and projects to refer them to the CIA for consultation in September. The CIA intends to commence its review of these records after it completes its similar review of the First Set 302s, but it does not yet have an estimated completion date for that review. As noted in previous reports, the FBI's and CIA's resources to process these

records, which largely remain classified notwithstanding clearing initial SAP issues, are limited. Nonetheless, the government is taking diligent efforts, consistent with its processing and production obligations in a vast number of other FOIA cases, to provide Plaintiffs all non-exempt, responsive information in a reasonably prompt fashion.

### Parties' Proposals

The parties propose to file another joint status report on or before October 29, 2025, to further update the Court and Plaintiffs of Defendant's processing efforts.

Respectfully submitted,

| | |
|---|---|
| JEANINE FERRIS PIRRO<br>United States Attorney<br><br>By:     */s/ Brian P. Hudak*<br>    BRIAN P. HUDAK, D.C. Bar #90034769<br>    Chief, Civil Division<br>    601 D Street, NW<br>    Washington, DC 20530<br>    (202) 252-2549<br><br>*Attorneys for the United States of America* | THE NEW YORK TIMES COMPANY<br><br>By:     */s/ David McCraw*<br>    AL-AMYN SUMAR<br>    DAVID MCCRAW<br>    620 8th Avenue<br>    New York, NY 10018<br>    (212) 556-4031<br><br>*Counsel for Plaintiffs Charlie Savage and The New York Times Company*<br><br>DAVID A. SCHULZ<br>Media Freedom & Information Access Clinic<br>Abrams Institute<br>Yale Law School<br>1675 Broadway, 19th Floor<br>New York, NY 10019<br>(212) 850-6103<br><br>*Counsel for Plaintiff Scott Shane* |

Dated: August 29, 2025