UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLIE SAVAGE, *et al.*,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF JUSTICE,<br><br>　　　　　Defendant. | Civil Action No. 22-2477 (JEB) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

The Clerk of the Court will please withdraw the appearance of John C. Truong, Assistant U.S. Attorney, as counsel of record for Defendant in the above-captioned case.

Dated: December 29, 2025
　　　Washington, D.C.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ John Truong*
　　　　　　　　　　　　　　　　　　　John C. TRUONG
　　　　　　　　　　　　　　　　　　　D.C. BAR #465901
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　601 D Street, N.W.
　　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　　(202) 252-2524
　　　　　　　　　　　　　　　　　　　John.Troung@usdoj.gov

　　　　　　　　　　　　　　　　　　　*Attorney for the United States of America*