UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHARLIE SAVAGE, et al.,

            Plaintiffs,

      v.                                                            Civil Action No. 22-2477 (JEB)

DEPARTMENT OF JUSTICE,

            Defendant.

## JOINT STATUS REPORT

Pursuant to the Court's March 2, 2026, Minute Order, the parties in this action jointly and respectfully submit this status report.

## Background

To recap, remaining in this case is Plaintiffs' Freedom of Information Act ("FOIA") request for Form FD-302 interview reports ("FD-302s") generated during two investigations undertaken by Special Counsel John H. Durham into the destruction by the Central Intelligence Agency ("CIA") personnel of videotapes of detainee interrogations and his preliminary review of whether federal laws were violated in connection with the interrogation of specific detainees at overseas locations. After initially moving for summary judgment on the grounds that the FD-302s were categorically exempt from disclosure under FOIA Exemption 5 and the work-product doctrine, the Department withdrew its motion after being informed that certain FD-302s had been disclosed during classified discovery in military commission proceedings involving detainees at Guantanamo Bay. In withdrawing its categorical assertion of Exemption 5 to protect the FD-302s, while reserving all other bases for withholding (including record-specific applications of

Exemption 5), the Department committed to filing status reports to keep the Court and parties apprised as to its processing of those reports.

### Government Update

As discussed in the parties' prior reports, the records at issue currently fall into three buckets: (1) FD-302s previously identified by the Department as responsive to Plaintiffs' requests that were cleared of special access program ("SAP") issues after an initial review (the "Group A" 302s); (2) additional FD-302s that the government previously identified but required additional SAP reviews to clear them (the "Group B" 302s); and (3) FD-302s identified by the Federal Bureau of Investigation ("FBI") through supplemental searches (the "Group C" 302s).

### I.     Group A 302s.

As reported in the Government's prior status reports, the FBI's FOIA staff received the Group A 302s in late November 2024 after the government had cleansed those records of SAP issues. The FBI's FOIA staff commenced and completed their initial processing of those records, which comprised 521 pages. As a result of that initial processing, FBI's FOIA staff determined the records needed to be referred to the Central Intelligence Agency ("CIA") for consultation, including for Exemption 1 and 3 purposes. The FBI submitted to the CIA a request for consultation, and the CIA's FOIA staff commenced its review of those records shortly thereafter.

Prior to the last status report, the CIA had provided the FBI consultations on 178 pages of the Group A 302s. The FBI is reviewing the CIA's responses on those 178 pages. In addition, the CIA provided the FBI consultations on approximately 92 pages on December 23, 2025, and 15 pages on February 5, 2026. The FBI continues to process those records.

The FBI is continuing to review records it received from the CIA and provided an interim response to Plaintiffs on February 20, 2026, reporting that it reviewed 97 pages, all of which

required consultations with other government agencies ("OGA"). Those consultations were sent to the OGAs and the FBI is awaiting a response.

The FBI anticipates providing its next interim response to Plaintiffs by May 24, 2026, based on records that have now been reviewed for classification purposes. The FBI continues processing and reviewing any remaining records that were sent to the CIA for consultation and have been returned, including 55 pages returned from CIA. The FBI also anticipates those pages will likely need to be referred to another OGA for consultation.

As to the balance of the Group A 302s, the CIA io conducting its final reviews and anticipates providing the FBI with consultations on approximately 236 pages (the full balance of the Group A 302s) on or about May 15, 2026.

## II.    Groups B and C 302s.

As reported in the Government's prior status reports, in addition to the Group A 302s that were more readily cleared of SAP information, the government flagged certain other, previously identified FD-302s as requiring further review to obtain SAP clearance. The government completed that further review, and the Group B 302s were provided to the FBI's FOIA processing team.

Also, as reported in the government's prior status reports, the FBI completed its supplemental search for responsive FD-302s and identified a collection of additional, potentially responsive records (the Group C 302s). As with the other FD-302s at issue in this matter, the government undertook to collect, copy, and clear these 302s of SAP issues. The government completed that review and the Group C 302s were provided to the FBI's FOIA processing team.

Previously, the total collection of the Groups B and C 302s was approximately 1,750 pages. The final count is 1,386 pages. All Group B and C 302s have been referred to CIA.

The CIA intends to commence its review of these records after it completes its similar review of the Group A 302s, but it does not yet have an estimated completion date for that review. As noted in previous reports, the FBI's and CIA's resources to process these records, which largely remain classified notwithstanding clearing initial SAP issues, are limited. Nonetheless, the government is making diligent efforts, consistent with its processing and production obligations in a vast number of other FOIA cases, to provide Plaintiffs all non-exempt, responsive information in a reasonably prompt fashion.

### Parties' Proposal

The parties propose to file another joint status report on or before June 29, 2026, to further update the Court and Plaintiffs of Defendant's processing efforts.

Dated: April 28, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: _____ */s/ Kaitlin K. Eckrote* _____
    KAITLIN K. ECKROTE
    D.C. Bar #1670899
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2485

*Attorneys for the United States of America*

THE NEW YORK TIMES COMPANY

By: _____ */s/ Al-Amyn Sumar* _____
    AL-AMYN SUMAR
    DAVID MCCRAW
    620 8th Avenue
    New York, NY 10018
    (212) 556-4031

*Counsel for Plaintiffs Charlie Savage and*
*The New York Times Company*

DAVID A. SCHULZ
Media Freedom & Information Access Clinic
Abrams Institute
Yale Law School
1675 Broadway, 19th Floor
New York, NY 10019
(212) 850-6103

*Counsel for Plaintiff Scott Shane*