**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CHARLIE SAVAGE, SCOTT SHANE, and THE NEW YORK TIMES COMPANY, <br><br>     Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, <br><br>     Defendant. | Case No. 22-2477 (JEB) |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Alia L. Smith, who is admitted to practice in this Court,

respectfully enters her appearance as counsel for Plaintiffs The New York Times Company and

Charlie Savage in the above-captioned case.

Dated:  Washington, DC
        July 16, 2026

                                       /s/ *Alia L. Smith*
                                         Alia L. Smith
                                         BALLARD SPAHR LLP
                                         1909 K St., NW, 12th Fl.
                                         Washington, DC 20006
                                         (202) 508-1115
                                         smithalia@ballardspahr.com