UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLIE SAVAGE, et al.,<br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br>Defendant. | Civil Action No. 22-2477 (JEB) |

**JOINT STATUS REPORT - CHART**

Pursuant to the Court's August 7, 2026, Minute Order, the parties in this action jointly and respectfully submit the following chart setting forth "the current status of each set of records and what each party asks the Court to do with respect to each set."

As brief background: The records at issue are going through the process of review by multiple agencies. FBI (1) sends the records to CIA for review. After CIA reviews and returns them to FBI, FBI then (2) conducts its own declassification and FOIA review. FBI then (3) sends the records to other government agencies ("OGA") for consultation. Once all OGAs have reviewed and returned the records to FBI, FBI (4) processes them for production and release of responsive, non-exempt, reasonably segregable portions of the records.

Previously, the parties previously used the designations "Group A", "Group B", and "Group C" to refer to certain records. Moving forward these categories will not serve a beneficial purpose. Instead, to avoid confusion, the FBI will track these documents as "Documents pending with OGAs (not CIA)," "Documents returned from CIA undergoing FBI Declassification and FOIA Review," and "Documents with CIA."

**Documents Pending with OGAs (not CIA)**

| Current Status | Defendant's Proposal | Plaintiffs' Proposal |
|---|---|---|
| 152 pages have completed CIA and FBI reviews and are currently outstanding with OGAs<br><br>OGA Nos. 1, 2, 6, 7,[1] and 8 have returned their consultations to the FBI | While the FBI cannot speak for the other agencies consulted in this case, the current OGAs consulted have articulated the following in response to follow up inquiries:<br><br>OGA 3: Previously anticipated returning consultations by August 24, 2026, but due to an access issue anticipates returning consultations on or before September 18, 2026<br><br>OGA 4: Anticipates returning consultations by August 31, 2026<br><br>OGA 5: Anticipates returning consultations by October 26, 2026<br><br>=======<br><br>Once returned, FBI will compile and finalize these records into a release of responsive, non-exempt, reasonably segregable portions of records requested by Plaintiffs at the end of each month as they are received. Documents received within the last week of the month may be deferred to the following month. If specific documents contain multiple OGA equities, then FBI must wait until all consultations for a given document have been completed prior to final release | All OGAs complete and return consultations by August 31, 2026<br><br>FBI produces these pages to Plaintiffs by September 30, 2026 |

[1] OGA 7 returned its consults since the last Status Report.

**Documents Returned from CIA Undergoing FBI Declassification and FOIA Review**

| Current Status | Defendant's Proposal | Plaintiffs' Proposal |
|---|---|---|
| These 133 pages have been returned from CIA review, but FBI has not yet referred them to OGAs | FBI refers pages to OGAs by August 31, 2026<br><br>Defendant files a Notice similar to that filed on July 27, 2026 (ECF No. 72) with each OGA proposing a return date for the documents received | FBI refers pages to OGAs by August 31, 2026<br><br>OGAs return consultations to FBI by September 30, 2026<br><br>FBI produces these pages to Plaintiffs by October 30, 2026 |

**Documents with CIA**

<table>
<tr><th>Current Status</th><th>Defendant's Proposal</th><th>Plaintiffs' Proposal</th></tr>
<tr><td rowspan="2">1,622 pages are outstanding with CIA. These pages will need to be reviewed by FBI for declassification and FOIA exemptions prior to referral to OGAs</td><td>For 236 out of 1,622 pages (representing the remaining "Group A" records): CIA returns consultations by August 21, 2026</td><td>CIA returns consultations by August 21, 2026<br><br>FBI sends pages for OGA consultation by September 21, 2026<br><br>OGAs return consultations by October 21, 2026<br><br>FBI produces these pages to Plaintiffs by November 20, 2026</td></tr>
<tr><td>Of the 1,386 remaining pages with CIA, CIA proposes returning the consultations by November 1, 2027</td><td>CIA returns consultations to FBI on a rolling basis of 350 pages per month beginning on September 21, 2026<br><br>Parties submit proposals for further processing and production of these records within 14 days of any order issued by this Court on processing or scheduling</td></tr>
</table>

Dated: August 14, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Kaitlin K. Eckrote*
KAITLIN K. ECKROTE
D.C. Bar #1670899
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2485

*Attorneys for the United States of America*

THE NEW YORK TIMES COMPANY

By: */s/ Alia L. Smith*
ALIA L. SMITH
Ballard Spahr LLP
1909 K St. NW, 12th Fl.
Washington, DC 20006
(202) 508-1125

DAVID MCCRAW
The New York Times Company
Legal Department
620 8th Avenue
New York, NY 10018
(212) 556-4031

*Counsel for Plaintiffs Charlie Savage and The New York Times Company*

DAVID A. SCHULZ
Media Freedom & Information Access
Clinic Abrams Institute
Yale Law School
1675 Broadway, 19th Floor
New York, NY 10019
(212) 850-6103

*Counsel for Plaintiff Scott Shane*