UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLIE SAVAGE, et al.,<br>Plaintiffs,<br>v.<br>DEPARTMENT OF JUSTICE,<br>Defendant. | Civil Action No. 22-2477 (JEB) |

**JOINT STATUS REPORT**

Pursuant to the Court's August 24, 2026, Minute Order, the parties in this action jointly and respectfully submit this status report.

**Background**

To recap, remaining in this case is Plaintiffs' Freedom of Information Act ("FOIA") request for Form FD-302 interview reports ("FD-302s") generated during two investigations undertaken by Special Counsel John H. Durham into the destruction by Central Intelligence Agency ("CIA") personnel of videotapes of detainee interrogations and his preliminary review of whether federal laws were violated in connection with the interrogation of specific detainees at overseas locations. After initially moving for summary judgment on the grounds that the FD-302s were categorically exempt from disclosure under FOIA Exemption 5 and the work-product doctrine, the Department withdrew its motion after being informed that certain FD-302s had been disclosed during classified discovery in military commission proceedings involving detainees at Guantanamo Bay. In withdrawing its categorical assertion of Exemption 5 to protect the FD-302s, the Department reserved all other bases for withholding (including record-specific applications of Exemption 5). It, and other government agencies ("OGA"), are in the process of reviewing these

records.

Previously, the parties previously used the designations "Group A", "Group B", and "Group C" to refer to certain records. The FBI is now tracking these documents as "Documents pending with OGAs (not CIA)," "Documents returned from CIA undergoing FBI Declassification and FOIA Review," and "Documents with CIA."

**<u>Government Update</u>**

Documents pending with OGAs (not CIA) – As of August 14, 2026, 152 pages had completed CIA and FBI review and were outstanding with three OGAs. Pursuant to the Court's August 24, 2026, the three remaining OGAs completed their review and returned the documents to the FBI on or before September 18, 2026. As directed by the Court, the FBI is processing those documents and will release those not withheld to Plaintiff by October 16, 2026.

Documents returned from CIA undergoing FBI Declassification and FOIA Review – As of August 14, 2026, 133 pages were returned from CIA review, but the FBI had not yet referred them to OGAs. Pursuant to the Court's August 24, 2026, the FBI referred those documents to OGAs on or before August 31, 2026, for return by September 30, 2026.

Documents with CIA - As of August 14, 2026, 1,622 pages are outstanding with CIA Pursuant to the Court's August 24, 2026; 236 pages were returned to the FBI on August 25, 2026; and the FBI sent them for OGA consultation on or before September 21, 2026. As to the 1,386 remaining pages with the CIA, the CIA intends to file a motion for reconsideration with a classified declaration explaining why the Courts order that CIA shall return consultations on these to the FBI at the rate of 300 per month starting on September 21, 2026, is not feasible. *See* ECF No. 75.

**Plaintiffs' Update**

Plaintiffs have opposed (ECF No. 76) the Government's Motion to submit a classified

declaration in support of its forthcoming motion for reconsideration of the processing schedule. Plaintiffs intend to oppose the motion for reconsideration, a motion the Government says will seek a schedule that would not require the CIA to adhere to a specific monthly processing rate and would delay the end of the first round of processing until November of 2027.

Date: September 30, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: *Kaitlin K. Eckrote*
KAITLIN K. ECKROTE
D.C. Bar #1670899
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2485

*Attorneys for the United States of America*

THE NEW YORK TIMES COMPANY

By: *Alia L. Smith*
ALIA L. SMITH
Ballard Spahr LLP
1909 K St. NW, 12th Fl.
Washington, DC 20006
(202) 508-1125

DAVID MCCRAW
The New York Times Company
Legal Department
620 8th Avenue
New York, NY 10018
(212) 556-4031

*Counsel for Plaintiffs Charlie Savage and The New York Times Company*

DAVID A. SCHULZ
Media Freedom & Information Access Clinic
Abrams Institute
Yale Law School
1675 Broadway, 19th Floor
New York, NY 10019
(212) 850-6103

*Counsel for Plaintiff Scott Shane*