UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHARLIE SAVAGE, et al.,

Plaintiffs,

v.

DEPARTMENT OF JUSTICE,

Defendant.

Civil Action No. 22-2477 (JEB)

**JOINT STATUS REPORT**

Pursuant to the Court's October 2, 2026, Minute Order, the parties in this action jointly and respectfully submit this status report.

**Background**

To recap, remaining in this case is Plaintiffs' Freedom of Information Act ("FOIA") request for Form FD-302 interview reports ("FD-302s") generated during two investigations undertaken by Special Counsel John H. Durham into the destruction by Central Intelligence Agency ("CIA") personnel of videotapes of detainee interrogations and his preliminary review of whether federal laws were violated in connection with the interrogation of specific detainees at overseas locations. After initially moving for summary judgment on the grounds that the FD-302s were categorically exempt from disclosure under FOIA Exemption 5 and the work-product doctrine, the Department withdrew its motion after being informed that certain FD-302s had been disclosed during classified discovery in military commission proceedings involving detainees at Guantanamo Bay. In withdrawing its categorical assertion of Exemption 5 to protect the FD-302s, the Department reserved all other bases for withholding (including record-specific applications of Exemption 5). It, and other government agencies ("OGA"), are in the process of reviewing these

records.

Previously, the parties used the designations "Group A", "Group B", and "Group C" to refer to certain records. The FBI is now tracking these documents as "Documents pending with OGAs (not CIA)," "Documents returned from CIA undergoing FBI Declassification and FOIA Review," and "Documents with CIA."

**Government Update**

Documents pending with OGAs (not CIA) – As of October 28, 2026, 261 pages had completed CIA and FBI review and were outstanding with OGAs. Of those 261 pages, 133 pages are pending review with three OGAs only. Due to delays that have now been addressed, these 133 pages pending with three OGAs were intended to be included in the October 30, 2026 release but will now be included in the November 20, 2026 release.

Documents returned from CIA undergoing FBI Declassification and FOIA Review – As of October 28, 2026, FBI is awaiting the next return of documents from CIA.

Documents with CIA - As of October 28, 2026, 1,386 pages are outstanding with CIA. The CIA anticipates returning 100 pages to FBI for review and OGA consultation on or about November 6, 2026. After that, the CIA anticipates returning a further 100 pages to FBI at the beginning of December.

Productions: FBI's first release of records was on October 16, 2006, which consisted of 97 pages reviewed and 38 pages released. FBI will make a production of 55 pages today. A third production is scheduled for November 20, 2026.

Plaintiffs have filed a Motion to be Heard on Scheduling, for a Redacted Version of Defendant's In Camera Submissions, and for Clarification of the Court's October 8, 2026 Minute Order (Dkt. No. 82). Per the Court's October 19, 2026 Minute Order, the Government will respond

to the Motion by November 2, 2026.

The Parties request to file their next joint status report on November 30, 2026.

Date: October 30, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: *Michael E. Yohannan*
MICHAEL E. YOHANNAN
PA Bar # 307575
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
Tel: (202) 809-2054
Michael.Yohannan@usdoj.gov

*Attorneys for the United States of America*

THE NEW YORK TIMES COMPANY

By: *David McCraw*

DAVID MCCRAW
The New York Times Company
Legal Department
620 8th Avenue
New York, NY 10018
(212) 556-4031

*Counsel for Plaintiffs Charlie Savage and The New York Times Company*

DAVID A. SCHULZ
Media Freedom & Information Access Clinic
Abrams Institute
Yale Law School
1675 Broadway, 19th Floor
New York, NY 10019
(212) 850-6103

*Counsel for Plaintiff Scott Shane*